CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
JUNE 2015 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 4:15-CR-000**9** |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| TEVIN O'BRIAN DICKERSON ) | <u>**In Violation of:**</u> |
| ) | Title 18, U.S.C., § 922(g) |
| | Title 18, U.S.C., § 924(c) |

## COUNT ONE

The Grand Jury charges:

1. That on or about July 22, 2014, in the Western District of Virginia, the defendant, TEVIN O'BRIAN DICKERSON, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, in and affecting interstate commerce.

2. In violation of Title 18, United States Code Section 922(g)(1).

## COUNT TWO

The Grand Jury further charges:

1. That on or about July 22, 2014, in the Western District of Virginia, the defendant, TEVIN O'BRIAN DICKERSON, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

2. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

1

#2015R00307

# NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   (a) **Glock model 22, .40 caliber semi-automatic pistol**
   (b) **Miscellaneous ammunition**

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with a third person;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 4 day of June, 2015.

s/ *Grand Jury Foreperson*
FOREPERSON

for
ANTHONY P. GIORNO
ACTING UNITED STATES ATTORNEY